No. 74–1044. MASSACHUSETTS BOARD OF RETIREMENT
ET AL. v. MURGIA. Appeal from D. C. Mass. Probable

jurisdiction noted.